FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) JEAN EROLE OSCAR #: 01796-104
    (Name of Plaintiff)    (Inmate Number)

P.O. Box 1002 THOMSON, IL 61285
(Address)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

3:21-CV-0687
(Case Number)

_____
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

vs.                                              CIVIL COMPLAINT

(1) UNITED STATES OF AMERICA et al.,

(2) AUSP THOMSON et al.,                         FILED
                                                 SCRANTON
(3) Allenwood USP et al.,
    (Names of Defendants)                        APR 1 3 2021

                                                 PER _____
(Each named party must be numbered,              DEPUTY CLERK
and all names must be printed or typed)

TO BE FILED UNDER:  ✓  42 U.S.C. § 1983 - STATE OFFICIALS
                    ✓  28 U.S.C. § 1331 - FEDERAL OFFICIALS
                    ✓  Bivens Action

I.  PREVIOUS LAWSUITS

    A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case
        number including year, as well as the name of the judicial officer to whom it was assigned:

        Lack of knowledge because I don't know but civil action #: 20-02398, civil action

        #: 20-cv-50013 and civil action case #: 21-cv-00391-MEM-DB and civil action #: 19-

        cv-01800-MEM-DB

1

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ___ Yes ✓ No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _nonexhausted see supra section 5.1, 5.4, 11.1 & infra Chapter 23_

III. **DEFENDANTS**

(1) Name of first defendant: Ms. Lisa A. Jenson
Employed as _magistrate Judge_ at _U.S. District Courthouse_
Mailing address: _327 S. Church Street Rockford, IL 61101_

(2) Name of second defendant: Ms. Tara Stackhouse
Employed as _unit team_ at _Allenwood USP_
Mailing address: _P.O. Box 3500, ~~Allenwo~~ White Deer, PA 17_

(3) Name of third defendant: Ms. Iain D. Johnston
Employed as _magistrate judge_ at _U.S. District Courthouse_
Mailing address: _327 S. Church Street Rockford, IL 61101_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

IV. **STATEMENT OF CLAIM**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _A complaint under the Civil Rights Act of 1871, Rev. Stat. §1979, as amended, 42 USC § 1983. Challenges to the validity of any confinement or to particulars affecting it's duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475 (1973);_

2

requests for relief turning on circumstances of confinement may be presented in a

2. Section 1983 action; Tavarez v. Reno, 54 F.3d 109, 110 (2d Cir. 1995)(per curiam) (Heck's analysis of section 1983 damages actions applies equally to Bivens lien actions); infra Chapter 33 (types of remedies available in habeas corpus actions).

3. illegal "Public Safety" is in violation of cruel and unusual punishment prohibit by 8th Amendment because it danger my reputedtion, my life and safety in FBOP. Pluse, I'm not a Sex offender and was not register under Florida law because I'm innocent

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. for loss of earnings and support, loss of services, love, care, affection, guidance, socitey, companionship, and consortium, loss of inheritance or prospective accumulations, and the Estate of decedents has sustained damages, including damages for conscious pain and suffering and mental angursh in contemplation

2. of impending death, the loss of personal property, funeral and burial expenses, and plaintiff is entitled to full compensation for these losses. And all jean Erole Oscar ask the court to grant him to leave the prison as he please and come back at will or immediate release or call for money damage in lieu of

3. $ 8.5 million for damage and injurres under RICO claim. Matter of fact both, and prosecute them

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  06  day of  April  , 20 21 .

_Oscar e, jean_
(Signature of Plaintiff)

4

Jean Erole Oscar #: 01796-104
United States Penitentiary
P.O. Box 1002
Thomson, IL 61285

QUAD CITIES IL 612

09 APR 2021 P 2 L



RECEIVED
SCRANTON

APR 13 2021

PER _____
DEPUTY CLERK

INMATE
IDENTIFICATION
CONFIRMED

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J. Nealon Federal BLDG & U.S. Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Legal Mail:

Legal Mail: