# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JEAN EROLE OSCAR,    :
    **Plaintiff**    :

    **CIVIL ACTION NO. 3:21-0687**

  **v.**    :

    **(Judge Mannion)**

UNITED STATES, et al.,    :
    **Defendants**    :

## ORDER

Upon consideration of Plaintiff's motion for a more definite statement and motion for new discovery, (Docs. 30, 31), and it appearing that the above captioned action was dismissed on November 15, 2021 pursuant to Fed.R.Civ.P. 41(b), for Plaintiff's failure to file an amended complaint in accordance with this Court's June 30, 2021 Order, (see Doc. 15), **IT IS HEREBY ORDERED THAT** Plaintiff's motions (Docs. 30, 31) are **DENIED**.

MALACHY E. MANNION
United States District Judge

Date: August 21, 2023
21-0687-08

FILED
SCRANTON
AUG 2 1 2023
Per_____
DEPUTY CLERK